IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JESSIE LEWIS JONES,                              2:12-CV-01677-CL

       Petitioner,                               ORDER

v.

STEVE FRANKE, Superintendent,
Two Rivers Correctional Inst.,

       Respondent.


**JESSIE LEWIS JONES**
# 3512209
Two Rivers Correctional Institution
82911 Beach Access Road
Umatilla, OR 97882-9419

       Petitioner, *Pro Se*

**ELLEN ROSENBLUM**
Attorney General
**KRISTEN E. BOYD**
Assistant Attorney General
Oregon Department of Justice
1162 Court Street, N.E.
Salem, OR 97301-4096
(503) 947-4700

       Attorneys for Respondent


1 - ORDER

**BROWN, Judge.**

Magistrate Judge Mark D. Clarke issued Findings and Recommendation (#23) on May 22, 2013, in which he recommends the Court deny Petitioner Jessie Lewis Jones's Petition (#2) for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, dismiss this matter with prejudice, and deny Petitioner a Certificate of Appealability. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

For these reasons, the Court **ADOPTS** Magistrate Judge Clarke's Findings and Recommendation (#23). Accordingly, the Court **DENIES** the Petition (#2) for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254**, DISMISSES** this matter **with prejudice**, and

2 - ORDER

**DENIES** a certificate of appealability.

IT IS SO ORDERED.

DATED this 26th day of June, 2013.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

3 - ORDER