IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**JESSIE LEWIS JONES,**                            2:12-CV-01677-CL

      **Petitioner,**                                  **JUDGMENT**

**v.**

**STEVE FRANKE, Superintendent,**
**Two Rivers Correctional**
**Inst.,**

      **Respondent.**

    Based on the Court's Order issued June 26, 2013, the Court **DISMISSES** this matter **with prejudice**. The Court **DECLINES** to issue a certificate of appealability.

    IT IS SO ORDERED.

    DATED this 26th day of June, 2013.

                                       /s/ Anna J. Brown

                                       ANNA J. BROWN
                                       United States District Judge

1 - JUDGMENT