IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**JESSIE LEWIS JONES,**     2:12-CV-01677-CL

    **Petitioner,**     **JUDGMENT**

**v.**

**STEVE FRANKE, Superintendent,
Two Rivers Correctional
Inst.,**

    **Respondent.**

Based on the Court's Order issued June 26, 2013, the Court **DISMISSES** this matter **with prejudice**. The Court **DECLINES** to issue a certificate of appealability.

IT IS SO ORDERED.

DATED this 26th day of June, 2013.

                /s/ Anna J. Brown

                ANNA J. BROWN
                United States District Judge